UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NATHAN WEBSTER**                                         **CIVIL ACTION**

**VERSUS**                                                 **NO. 07-4236**

**JEFFERY TRAVIS, ET AL**                                  **SECTION: "B"(6)**

## ORDER AND REASONS

Plaintiff – State Prisoner, Nathan Webster, presents pleadings styled as "Appeal(s) To Trial Judge" and "Motion In Objection to Magistrate('s) Denial of Appointment of Counsel".

For the reasons given in a prior order dismissing an appeal from the Magistrate Judge's ruling relative to a similar request to depose a witness in this *habeas corpus* action, Rec. Doc. 25, the instant appeals from the Magistrate Judge's orders are **DISMISSED**. Additionally, the Magistrate Judge's order relative to appointed counsel, Rec. Doc. 38), is **AFFIRMED**, thusly overruling the instant objections to same.  The subject orders of the Magistrate Judge are neither contrary to law nor an abuse of discretion.  Moreover, the record and/law support underlying orders.

Prior to consideration of the substantive allegation in this habeas action, the issue of whether the action was timely filed under law will have to be addressed.  That issue has been raised by the response filed on November 26, 2007 Rec. Doc. 10, along with consideration of the objections to same at Record Document 12.

The Magistrate Judge will address the time limit issue and others in due course as evidenced by his prompt action of matters *sub judice*.

New Orleans, Louisiana, this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE